John WYATTE, Jr., Appellant
Below, Appellant,

v.

UNEMPLOYMENT INSURANCE
APPEAL BOARD, Appellee
Below, Appellee.

No. 74, 2016

Supreme Court of Delaware.

Submitted: April 15, 2016
Decided: May 18, 2016

AFFIRMED.

■

Daniel O'NEILL, Plaintiff
Below, Appellant,

v.

CARMAN DODGE, INC., Defendant
Below, Appellee.

No. 682, 2015

Supreme Court of Delaware.

Submitted: May 11, 2016
Decided: May 18, 2016

AFFIRMED.

■

Robert MILLER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 667, 2015

Supreme Court of Delaware.

Submitted: May 6, 2016
Decided: May 18, 2016

AFFIRMED.

■

Tabitha DAILEY,* Petitioner
Below, Appellant,

v.

Jack DAILEY, Respondent
Below, Appellee.

No. 625, 2015

Supreme Court of Delaware.

Submitted: May 11, 2016
Decided: May 18, 2016

AFFIRMED.

* The Court assigned pseudonyms to the parties    pursuant to Supreme Court Rule 7(d).